UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BELLEVUE MEDICAL, LLC,<br><br>                 Plaintiff,<br>    v.<br><br>TOTAL WOUND CARE OF OKLAHOMA, LLC,<br><br>                 Defendant. | CASE NO. 2:24-cv-02149-LK<br><br>ORDER DISMISSING CASE |

    This matter comes before the Court on the parties' stipulated motion seeking dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 31. The Court ORDERS that all claims and causes of action in this case are dismissed with prejudice, and each party shall bear its own attorneys' fees and costs. The Clerk of the Court is directed to close this case.

    Dated this 21st day of October, 2025.

*Lauren King*

Lauren King
United States District Judge

ORDER DISMISSING CASE - 1